UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kurt Heidebreicht,

                      Plaintiff(s),

v.                                                  Case No. 2:22-cv-11476-GAD-DRG
                                                           Hon. Gershwin A. Drain

Capt John Yacht and Pleasure
Craft Services, Inc.,

                      Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                    s/Gershwin A. Drain
                                                    Gershwin A. Drain
                                                    United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    s/T McGovern
                                                    Case Manager

Dated:   September 7, 2022